Patricia M. Olsson, ISB No. 3055
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
pmo@moffatt.com
18976.0021

Attorneys for Defendant
Thompson Creek Mining Co.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHERMAN ANDERSON,<br><br>               Plaintiff,<br><br>vs.<br><br>THOMPSON CREEK MINING CO., a Colorado Corporation doing business in Idaho; and PSYCHEMEDICS CORPORATION, a Delaware Corporation doing business in Idaho,<br><br>               Defendants. | Case No. 4:11-cv-00639-BLW<br><br>**THOMPSON CREEK MINING CO.'S CORPORATE DISCLOSURE STATEMENT** |

        Pursuant to Federal Rules of Civil Procedure 7.1, defendant Thompson Creek Mining Co. submits that it is a Colorado corporation, is not publically traded, and is a wholly-owned subsidiary of Thompson Creek Metals Company USA.  Thompson Creek Metals Company USA, also a Colorado corporation, is a wholly-owned subsidiary of Thompson Creek Metals Company Inc., a Canadian corporation.  Thompson Creek Metals Company Inc. is a

publically traded corporation, but no publicly held corporation owns ten percent (10%) or more of Thompson Creek Metals Company Inc.'s stock.

DATED this 15th day of February, 2012.

MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

By      /S/
Patricia M. Olsson – Of the Firm
Attorneys for Defendant Thompson Creek Mining Co.

**THOMPSON CREEK MINING CO.'S CORPORATE
DISCLOSURE STATEMENT - 2**                                Client:2333470.1

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on the 15th day of February, 2012, I filed the foregoing **THOMPSON CREEK MINING CO.'S CORPORATE DISCLOSURE STATEMENT** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Bron M. Rammell<br>bron@mrtlaw.net | Bryan N. Henrie<br>bryan@mrtlaw.net |

              /S/
              Patricia M. Olsson