UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHERMAN ANDERSON,<br><br>                   Plaintiff,<br><br>vs.<br><br>THOMPSON CREEK MINING CO., a Colorado Corporation doing business in Idaho; and PSYCHEMEDICS CORPORATION, a Delaware Corporation doing business in Idaho,<br><br>                   Defendants. | Case No. 4:11-cv-00639-BLW<br><br>**PROTECTIVE ORDER** |

The Court having read the Stipulated Protective Order signed by all parties and good cause appearing,

IT IS HEREBY ORDERED that the Stipulated Protective Order (docket no. 25) is incorporated into this Order by reference and ordered by this Court.

DATED: **July 23, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court

**PROTECTIVE ORDER**