UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHERMAN ANDERSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>THOMPSON CREEK MINING CO., a Colorado Corporation doing business in Idaho; and PSYCHEMEDICS CORPORATION, a Delaware Corporation doing business in Idaho,<br><br>                    Defendants. | Case No. 4:11-CV-00639-BLW<br><br>**ORDER DISMISSING PSYCHEMEDICS CORPORATION** |

Considering the foregoing Joint Motion to Dismiss;

**IT IS ORDERED** that this matter be and it is hereby dismissed as to Psychemedics Corporation only, with prejudice, Plaintiff and Psychemedics Corporation each to bear its own costs.

DATED:   January   23,   2013

_____
B.Lynn Winmill
Chief Judge
United States District Court